IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES D. HARMAN, | |
| Plaintiff, | No. 3:17-CV-0623 |
| | (JUDGE CAPUTO) |
| v. | |
| SCHUYLKILL COUNTY TAX CLAIM BUREAU, | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendant. | |

**ORDER**

NOW, this 22nd day of September, 2017, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Mehalchick's Report and Recommendation (Doc. 6) is **ADOPTED**.

(2) The action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 4(m).

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge